

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Shawnee Creek Land Owners
Association, et al.

No. 06-23-00058-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Chief
Justice Stevens, Justice van Cleef and
Justice Rambin participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought.  Therefore, we deny the petition.

RENDERED AUGUST 25, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk